TABLE OF CONTENTS

**Exhibit A:** Alaska Court of Appeals, Opening brief of Appellant
  Dated May 31, 2001 .......................................................................................... 1-57

**Exhibit B**: Alaska Court of Appeals Opinion (Coa # A-7430)
  Dated July 26, 2002 ........................................................................................... 1-16

**Exhibit C**: Alaska Court of Appeals, Petition for Rehearing
  Dated September 13, 2002 .................................................................................. 1- 4

**Exhibit D**: Alaska Court of Appeals, Opinion (Coa #A-7430)
  Dated October 11, 2002 ........................................................................................ 1-4

**Exhibit E**: Alaska Supreme Court, Petition for Hearing (Supreme # S-10729)
  Dated November 29, 2002 .................................................................................. 1-15

**Exhibit F**: Alaska Supreme Court, Order Petition for Hearing
  Dated November 26, 2001 ......................................................................................... 1

**Exhibit G**: Alaska Superior Court, Amended Application for Post-Conviction Relief
  Dated July 19, 2004 ........................................................................................... 1-57

**Exhibit H**: Alaska Superior Court, Allen's Opposition to State's Motion to Dismiss for Failure to State a Prima Facie Case
  Dated April 8, 2005 ............................................................................................ 1-16

**Exhibit I**: Alaska Superior Court, Opinion and order granting Motion to Dismiss Post-Conviction Relief Application
  Dated June 3, 2005 .................................................................................................. 1

**Exhibit J:** Alaska Court of Appeals, Opening Brief of Appellant
  Dated July 26, 2006 ........................................................................................... 1-25

**Exhibit K**: Alaska Court of Appeals, Opinion (COA # A-9343)
  Dated March 16, 2007 ........................................................................................ 1-12

**Exhibit L**: Alaska Supreme Court, Petition for Hearing
  Dated June 6, 2007 ............................................................................................. 1-15

**Exhibit M**: Alaska Supreme
    Dated June 6, 2007 ............................................................................. 1-15