## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

Case No. 3:08-CV-00039-RRB-DMS

Albert L. Allen

               Petitioner,

    v.

Garland Armstrong

               Respondent.

## MINUTE ORDER FROM CHAMBERS
## RE: STATUS REPORT [Doc. 40] AND MOTION TO DISMISS [Doc. 24]

July 12, 2010

At Docket 39, this Court granted Petitioner Allen's request for a stay. The Court directed Allen to file a status report by July 7. The status report filed by Allen indicates that the state case is still on-going. This Court accepts the status report and the case remains stayed. Petitioner Allen is HEREBY DIRECTED to file a status report every 90 days, beginning 90 days from the date of this order. Upon notice that the state case has been concluded, Petitioner should immediately notify this Court.

Because the case is stayed, the pending Motion to Dismiss for Failure to Exhaust State Court Remedies at Docket 24 is HEREBY DISMISSED without prejudice to renew the motion once the stay is lifted.

**Entered at the direction of the**
**Honorable Deborah M. Smith, United States Magistrate Judge**

1