Rich Curtner
Federal Defender
Noa E. Oren
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALBERT LEE ALLEN,<br><br>                    Petitioner,<br><br>        vs.<br><br>GARLAND ARMSTRONG,<br><br>                    Respondent. | NO. 3:08-cv-00039-RRB-DMS<br><br>**STATUS REPORT** |

Petitioner, ALBERT LEE ALLEN, through counsel,  files this status report to apprise the court of the current proceedings in his state case.

The Alaska Supreme Court rejected Mr. Allen's post-conviction relief petition for hearing on his *Grinols* claim in January 2013.  Mr. Allen filed his own petition for review with the Alaska Supreme Court on January 24, 2013.

Ms. Colleen Libbey recently represented Mr. Allen but has withdrawn from this case.

The Federal Public Defender has been assigned to the case.  Ms. Libbey forwarded her materials from Mr. Allen's file to the Federal Public Defender.  The state

public defender agency and Ms. Glenda Kerry have not yet forwarded their case files to the Federal Public Defender Agency.

Ms. Oren, from the Federal Public Defenders, has sent Mr. Allen a letter so that they can discuss the status of his case and matters relating to his representation. She has not heard back from him yet.

The Federal Public Defender would request a three-month continuance to make contact with Mr. Allen, confer with him, and acquire the rest of the files related to his case in order to resume his federal habeas matters in a timely fashion.

DATED at Anchorage, Alaska this 7th day of March 2013.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:       907-646-3400
Fax:          907-646-3480
E-Mail:      rich_curtner@fd.org

/s/ Noa Oren
Staff Attorney
Alaska Bar No. 1011108
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Phone:       907- 646-3400
Fax:          907-646-3480
E-Mail:      Noa_Oren@fd.org

Certification:
I certify that on March 7, 2013,
a copy of the **Status Report** was
served electronically on:

Kenneth M. Rosenstein, Esq.
Office of Special Prosecutions and Appeals
310 K Street, Suite 308
Anchorage, AK 99501
Email: ken.rosenstein@alaska.gov

Terisia K. Chleborad
Office of Special Prosecutions and Appeals
310 K Street, Suite 308
Anchorage, AK 99501
Email: terisia.chleborad@alaska.gov

/s/Rich Curtner

Case 3:08-cv-00039-RRB-SAO   Document 75   Filed 03/07/13   Page 3 of 3