Rich Curtner
Federal Defender
Noa E. Oren
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ALBERT LEE ALLEN, | NO. 3:08-cv-00039-RRB-DMS |
|---|---|
| Petitioner, | **STATUS REPORT** |
| vs. | |
| GARLAND ARMSTRONG, | |
| Respondent. | |

      Petitioner, ALBERT LEE ALLEN, through counsel, files this status report to apprise the court of the current proceedings in his state case.

      Within the last month, the Federal Public Defender has received a total of sixteen boxes of case files from Ms. Colleen Libbey, the Alaska state public defender agency, and Ms. Glenda Kerry. Staff at our office will be scanning the files into a digital form to facilitate counsel's review of the files, but that process will likely last for a number of weeks.

Counsel is in contact with Mr. Allen. She respectfully requests a three-month continuance to permit an in-depth review of the files and discussion with Mr. Allen of his federal case.

DATED at Anchorage, Alaska this 4th day of June 2013.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

/s/ Noa Oren
Staff Attorney
Alaska Bar No. 1011108
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907- 646-3400
Fax: 907-646-3480
E-Mail: Noa_Oren@fd.org

Certification:
I certify that on June 4, 2013,
a copy of the *Status Report* was
served electronically on:

Kenneth M. Rosenstein, Esq.
Office of Special Prosecutions and Appeals
310 K Street, Suite 308
Anchorage, AK 99501
Email: ken.rosenstein@alaska.gov

/s/Rich Curtner